**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **MISC. ACTION NO.** |
| MARCUS TODD BRISCO, YAS CASTELLUM LLC, YAS CASTELLUM FINANCIAL LLC, TIN QUOC TRAN, FRANCISCO STORY, FREDIRICK SAFRANKO, a/k/a TED SAFRANKO, SAEG CAPITAL GENERAL MANAGEMENT LP, and MICHAEL SHANNON SIMS, | § § § § § § § § | |
| **Defendants,** | § § § | |

## NOTICE OF APPOINTMENT OF RECEIVER

Pursuant to the provisions of 28 U.S.C. § 754, Kelly Crawford provides notice of his appointment as Temporary Receiver for Marcus Todd Brisco, Yas Castellum LLC, Yas Castellum Financial LLC, Tin Quoc Tran, Francisco Story, Fredirick Safranko, a/k/a Ted Safranko, Saeg Capital General Management LP, and Michael Shannon Sims (collectively, "Defendants"), and the affiliates or subsidiaries owned or controlled by Defendants. True and correct copies of the *Complaint for Injunctive Relief, Civil Monetary Penalties, Restitution, and Other Equitable Relief* (the "Complaint") filed by the Plaintiff, Commodity Futures Trading Commission, and the *Order Granting Plaintiff's Motion for An Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief* (the "Order Appointing Receiver") are attached hereto as **Exhibit A** and **Exhibit B** respectively.

February 13, 2023

Respectfully submitted,


 */s/ Kelly M. Crawford*
Kelly M. Crawford
Texas State Bar No. 05030700
Kelly.Crawford@solidcounsel.com

 Scheef & Stone, L.L.P
 500 N. Akard Street, Suite 2700
 Dallas, Texas 75201
 (214) 706-4200 – Telephone
 (214) 706-4242 – Telecopier